UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LOTHLORIEN, an individual </br></br>Plaintiff, </br></br>vs. </br></br>EASTRIDGE PERSONNEL OF LAS VEGAS dba EASTRIDGE INFOTECH, a Company licensed to do business in Nevada; UNTIED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, a union licensed to do business in Nevada; BRIAN BORYSEWICH an individual, BETH BORYSEWICH, an individual; REGINA WILSON an individual, ROE CORPORATIONS I-X, inclusive; and DOES I-X, inclusive, </br></br>Defendants. | Case No. 2:08-cv-01209-RCJ-LRL </br></br>**JUDGMENT** |

This action came on for hearing before the Court, on December 3, 2010, Hon. Robert C. Jones, District Judge Presiding, on Motion for Summary Judgment brought by defendants Eastridge Personnel of Las Vegas, Inc. dba Eastridge Infotech Technology ("Eastridge"), United Brotherhood of Carpenters and Joiners of America ("UBC"), Brian Borysewich, Beth Borysewich, and Regina Wilson, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

///

1

1   **IT IS ORDERED AND ADJUDGED** that per Court Order no claims remain in this case,
2   that the plaintiff Stephen Lothlorien take nothing, that plaintiff Stephen Lothlorien's Ninth, Tenth,
3   Eleventh, Thirteenth, Fourteenth, Fifteenth, Sixteenth, and Seventeenth causes of action be
4   dismissed on the merits, that plaintiff Stephen Lothlorien's Twelfth cause of action be dismissed
5   as the court elected not to exercise supplemental jurisdiction, and that defendants, as the
6   prevailing parties, recover their costs.

8   Dated: February 4, 2011

_____
United States District Judge